1   David Blatte (SB # 208378)
    2161 Shattuck Ave., Ste. 227
2   Berkeley, CA 94704
    ph: (510) 548-7382
3
    Attorneys for Plaintiffs
4

5                    UNITED STATES DISTRICT COURT
                   NORTHERN DISTRICT OF CALIFORNIA
6

7

8   ANDREW WYSOTSKI and LORI
    LEARMONT                                    Case No.: C 02 4952 CRB ARB
9              Plaintiffs,
                                                **NOTICE OF CHANGE IN COUNSEL**
10        v.

11  AIR CANADA, CONTINENTAL
    AIRLINES and DOES 1-10,
12
                Defendants.
13

14       TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

15       PLEASE TAKE NOTICE that attorney David Blatte is withdrawing his appearance as

16  counsel on behalf of plaintiffs Wysotski and Learmont.

17       Plaintiffs Wysotski and Learmont will continue to be represented by Corey Evans, who

18  entered his appearance on September 1, 2004.

19  DATED:  May 31, 2005                      _____

20                                            David Blatte
                                              Attorney for Plaintiffs
21

22

23

24  June 02, 2005

25

26

27

28